United States District Court
Northern District of New York

| | | |
|---|---|---|
| Dominick E. Dudek, | ) | No. 5:21-cv-00400-TJM-ATB |
| *Plaintiff*, | ) | |
| | ) | Thomas J. McAvoy |
| v. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner of the | ) | United States Magistrate Judge |
| Social Security Administration, | ) | |
| *Defendant*. | ) | |

## Parties' Stipulation for Remand

Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). The parties request that the Court enter a judgment remanding this matter for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to offer plaintiff the opportunity for a hearing and issue a new decision.

Respectfully submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Dominick E. Dudek, |
| By Her Attorney | By His Attorney |
| | |
| */s/ Daniel Tarabelli* | */s/ Howard D. Olinsky*[1] |
| Daniel Tarabelli | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| Social Security Administration | 250 South Clinton Street, Suite 210 |
| Office of the General Counsel | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 701-5780 |
| Boston, MA 02203 | holinsky@windisability.com |
| (617) 565-4286 | |
| Daniel.Tarabelli@ssa.gov | |

---

[1] Signed with permission by Daniel Tarabelli.

**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Dominick E. Dudek, | ) | No. 5:21-cv-00400-TJM-ATB |
|     *Plaintiff*, | ) | |
| | ) | Thomas J. McAvoy |
| v. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Andrew T. Baxter |
| Acting Commissioner of the | ) | United States Magistrate Judge |
| Social Security Administration, | ) | |
|     *Defendant*. | ) | |

## Order

The parties' stipulation to remand is granted and this matter is remanded for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). On remand, the Appeals Council will direct the Administrative Law Judge to offer plaintiff the opportunity for a hearing and issue a new decision.

Dated: April 5, 2022

_____
Thomas J. McAvoy
United States District Judge